JOHN W. CLEARY, Respondent, *v.* THE MUNICIPAL ELECTRIC: LIGHT COMPANY, Appellant.

(Argued October 9, 1893; decided October 24, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made July 22, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Robert Payne* for appellant.

*James D. Bell* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

JAMES NUNAN, Respondent, *v.* ANDREW T. DOYLE, Appellant.

(Submitted October 10, 1893; decided October 24, 1893.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made March 14, 1892, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Charles J. Hardy* for appellant.

*William Stone* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.